**FILED**

NOV 2 3 2021

Clerk, U.S District Court
District Of Montana
Great Falls

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 09-58-GF-BMM-JTJ |
| vs. | **ORDER** |
| MATTHEW PAUL LOVES HIM, | |
| Defendant. | |

The United States Probation Office filed a Petition on November 1, 2021, requesting that the Court revoke Defendant Matthew Loves Him's supervised release. (Doc. 61). The Court conducted a revocation hearing on November 22, 2021. Loves Him admitted the alleged violations.

The Court stated that the sentencing portion of the hearing would be continued approximately 90 days. The Court stated that Loves Him would be released from custody pending the sentencing hearing, subject to certain conditions.

Accordingly, IT IS HEREBY ORDERED:

1.     The Court will conduct the sentencing portion of Loves Him's revocation hearing at 1:30 p.m. on February 15, 2022, at the Missouri River Courthouse in Great Falls, Montana.

2.      Loves Him shall be released from custody pending the

sentencing hearing.  Loves Him must comply with the release conditions imposed

previously and the following new condition:

      a.      Loves Him shall be restricted to his residence at
            all times except for activities pre-approved by the
            United States Probation Office.

DATED this 23rd day of November, 2021.


John Johnston
United States Magistrate Judge